**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIA I. THICKLIN, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION LLC and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:21-cv-02826 <br><br> Honorable Beth W. Jantz |

**NOTICE OF SETTLEMENTAS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

PLEASE TAKE NOTICE that NIA I. THICKLIN ("Plaintiff") and EXPERIAN INFORMATION SOLUTIONS, INC ("Defendant"), hereby notify the Court the parties have reached settlement as to Experian Information Solutions, Inc., and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: August 17, 2021

Respectfully submitted,

**NIA I. THICKLIN**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                              */s/ Mohammed O. Badwan*
                                              Mohammed O. Badwan, Esq