# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NIA I. THICKLIN, | |
| Plaintiff, | Case No. 1:21-cv-02826 |
| v. | Honorable Beth W. Jantz |
| TRANS UNION LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, NIA I. THICKLIN, and the Defendant, TRANS UNION LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, as to Defendant Trans Union LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 26, 2022　　　　　　　　　　Respectfully Submitted,

NIA I. THICKLIN　　　　　　　　　　　　　TRANS UNION LLC

*/s/ Mohammed O. Badwan*　　　　　　　　*/s/ Kari A. Morrigan (with consent)*
Mohammed O. Badwan　　　　　　　　　　Kari A. Morrigan Esq. (IL #3470649)
SULAIMAN LAW GROUP, LTD.　　　　　　Schuckit & Associates, P.C.
2500 South Highland Avenue　　　　　　　4545 Northwestern Drive
Suite 200　　　　　　　　　　　　　　　　Zionsville, IN 46077
Lombard, Illinois 60148　　　　　　　　　　Telephone: 317-363-2400
+1 630-575-8181　　　　　　　　　　　　　Fax: 317-363-2257
mbadwan@sulaimanlaw.com　　　　　　　　E-Mail: kmorrigan@schuckitlaw.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Trans Union, LLC*

　　　　　　　　　　　　　　　　　　　　　Laura K. Rang, Esq. (IL #2623849)
　　　　　　　　　　　　　　　　　　　　　TransUnion, LLC
　　　　　　　　　　　　　　　　　　　　　555 West Adams Street
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　　Phone: (312) 213-9858
　　　　　　　　　　　　　　　　　　　　　Fax: (312) 466-7986

E-Mail: laura.rang@transunion.com

*Local Counsel for Defendant Trans Union, LLC*